1 PHILLIP A. TALBERT
United States Attorney
2 ALEXANDRE M. DEMPSEY
Assistant United States Attorney
3 MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5

6 Attorneys for Plaintiff
UNITED STATES OF AMERICA
7

8
UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:22-po-00033-SAB |
|---|---|---|
| 12 | Plaintiff, | [Citation # 9073543 CA/74] |
| 13 | v. | |
| 14 | KEVIN MATTESON | MOTION AND ORDER FOR DISMISSAL |
| 15 | Defendant. | |

18    The United States of America, by and through Phillip A. Talbert, United States Attorney, and
19 Alexandre M. Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-
20 00033-SAB [Citation # 9073543 CA/74] against KEVIN MATTESON, without prejudice, in the interest
21 of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

23 DATED: March 15, 2022                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                     By:    /s/ Alexandre M Dempsey
                                            ALEXANDRE M. DEMPSEY
                                            Assistant United States Attorney

1
2                                    **O R D E R**
3
4       IT IS HEREBY ORDERED that Case No. 1:22-po-00033-SAB [Citation # 9073543 CA/74]
5  against KEVIN MATTESON be dismissed, without prejudice, in the interest of justice.
6
7  IT IS SO ORDERED.
8  Dated:   **March 16, 2022**
                                         UNITED STATES MAGISTRATE JUDGE
9
10
...
28

2